**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01809-REB
Criminal Action No. 09-cr-00180-REB

UNITED STATES OF AMERICA,

v.

1.     JOSE GUADALUPE HERRERA-HERNANDEZ,

    Movant.

---

**ORDER DIRECTING MOVANT TO CURE DEFICIENCY**

---

Movant, Jose Guadalupe Herrera-Hernandez, currently is incarcerated at the Cibola County Correctional Institution in Milan, New Mexico. He submitted *pro se* on July 30, 2010, a document titled "Motion to Reduce Sentence" and "Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct a Sentence for a Person in Federal Custody Pursuant to Title 28 United States Code Section 2255," which the Court has treated as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted § 2255 motion is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue his claims. Any papers that Movant files in response to this order must include the civil and criminal action numbers on this order.

**Complaint, Petition or Application**:
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) ___ is missing an original signature by the prisoner
(4) ___ is missing page nos. ___
(5) ___ uses et al. instead of listing all parties in caption
(6) ___ An original and a copy have not been received by the court. Only an original has been received.
(7) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(8) ___ names in caption do not match names in text
(9) ___ other_____

Accordingly, it is

ORDERED that Movant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Movant files in response to this order must include the civil and criminal action numbers on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Movant, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that the amended § 2255 motion shall be titled "Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the § 2255 motion and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, August 3, 2010.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge