IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00180-REB
Civil Action No. 10-cv-01809-REB

UNITED STATES OF AMERICA,

v.

1. JOSE GUADALUPE HERRERA-HERNANDEZ,

Movant.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Robert E. Blackburn, the following Judgment is hereby entered:

It is ORDERED that the document titled "Motion to Reduce Sentence" and "Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct a Sentence for a Person in Federal Custody Pursuant to Title 28 United States Code Section 2255," which the court treated as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, is denied, and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Movant, Jose Guadalupe Herrera-Hernandez, to comply with the August 3, 2010, order to cure and for his failure to prosecute.

Dated at Denver, Colorado this ___8th___ day of September, 2010.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By: _s/ Edward P. Butler_
    Edward P. Butler, Deputy Clerk