IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00180-REB
(Civil Action No. 10-cv-01809-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. JOSE GUADALUPE HERRERA-HERNANDEZ,

    Defendant-Movant.

_____

## JUDGMENT
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#112], filed Jan. 23, 2013, the following Judgment is hereby entered:

    1. The applicant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [#26] filed March 14, 2011, is DENIED; and

    2. The respondent's Motion To Dismiss or, in the Alternative, Answer to Defendant-Movant's Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#30] filed October 13, 2011, is GRANTED; and

    3. Under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

    4. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this <u>  24th  </u> day of January, 2013.

                          FOR THE COURT:

                          JEFFREY P. COLWELL, CLERK


                          By: <u> s/ Edward P. Butler          </u>
                                Edward P. Butler, Deputy Clerk